United States District Court
Southern District of Texas
**ENTERED**
June 20, 2016
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED
JUN 2 0 2016
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> JUAN ESCAMILLA-JEREZ § <br> also known as "L" § | Criminal No. M-16-0876- (15) |

### ORDER TO UNSEAL INDICTMENT AGAINST DEFENDANT JUAN ESCAMILLA-JEREZ, also known as "L"

The Court, after having considered the Government's Motion to Unseal Indictment against JUAN ESCAMILLA-JEREZ, also known as "L", and finding it to be meritorious, GRANTS said Motion.

IT IS THEREFORE ORDERED that the Indictment against, JUAN ESCAMILLA-JEREZ, also known as "L", be Unsealed.

SIGNED on this the 20th day of June, 2016, at McAllen, Texas.

*Donna Ramos*
U.S.MAGISTRATE JUDGE